48 A.3d 1231

Frederick **HILLIARD**, Appellant

v.

**DEPARTMENT OF CORRECTIONS of the Commonwealth of Pennsylvania, John E. Wetzel, Secretary, Appellee.**

Supreme Court of Pennsylvania.

July 17, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of July, 2012, the Order of the Commonwealth Court is **AFFIRMED.**